**Order entered November 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00556-CR

### JASON ALLEN SKINNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00955-M**

## ORDER

The Court **REINSTATES** the appeal.

On October 24, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) appellant timely requested preparation of the reporter's record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; and (6) Ms. Baraka requested until December 31, 2014 to file the reporter's record.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the complete reporter's record in this appeal, including all exhibits admitted into evidence,

by **4:00 P.M. on DECEMBER 31, 2014**.  Because the record is already more than four months overdue, no further extensions will be granted.  If the complete record, including all exhibits, is not filed by the date and time specified, the Court will order that Belinda Baraka not sit as a court reporter until she files the complete record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/    LANA MYERS
          JUSTICE